**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 8**

| | |
|---|---|
| INCASE DESIGN CORP. | ) |
| | ) |
| | ) |
| Plaintiff, | )          Consol. Court No. 16-00267 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: <u>October 28, 2022</u>

Respectfully submitted,

<u>/s/ Heather Litman</u>
Heather Litman
GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
Tel. (213) 624-1970
HLitman@gdlsk.com

Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge

ELISA SOLOMON
Digitally signed by ELISA SOLOMON
Date: 2022.10.28 17:33:39 -04'00'

ELISA S. SOLOMON
Trial Attorney
Department of Justice Civil Division
Commercial Litigation Branch
26 Federal Plaza - Suite 346
New York, New York 10278
(212) 264-0583

Attorneys for Defendant

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 16-00267 | Incase Design Corp. | 2720-16-100406<br>2720-16-100458<br>2720-16-100781 | 300-5030998-7<br>300-5030996-1<br>300-5030571-2<br>300-5030192-7<br>300-5031699-0<br>300-5031884-8<br>300-5036460-2<br>300-5036071-7<br>300-5036532-8 |
| 18-00090 | Incase Design Corp. | 3901-17-1011079 | 300-5743181-8<br>300-5743182-6 |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:   November 2, 2022

Clerk, U. S. Court of International Trade

By: _____ /s/ Jason Chien _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)